District Judge Lasnik
Magistrate Judge Theiler

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MIR LATIF AHMAD,<br><br>    Petitioner,<br><br>    v.<br><br>MICHAEL CHERTOFF, Secretary of the United States Department of Homeland Security; ALBERTO GONZALES, Attorney General of the United States; and NEIL CLARK, Director of Detention and Removal, Seattle District Office, Immigration and Customs Enforcement.<br><br>    Respondents. | Case No. C05-0853-RSL-MAT<br><br>Agency No. A22-782-401<br><br>STIPULATION AND<br>ORDER OF DISMISSAL |

    Petitioner and Respondents, through their undersigned counsel, stipulate and agree that Petitioner Mir Latif Ahmad has been released from detention.  Accordingly, the parties agree that the Petition for Writ of Habeas Corpus has become moot and may be dismissed without prejudice.

STIPULATED AND ORDER
OF DISMISSAL - 1

GIBBS HOUSTON PAUW
1000 SECOND AVENUE, SUITE 1600
SEATTLE, WASHINGTON  98104-1094
(206) 682-1080

|  |  |
|---|---|
| October 27, 2005 | /s/   *Christopher Strawn* |
| DATED | Robert Pauw, WSBA # 13613 |
|  | Christopher Strawn, WSBA #32243 |
|  | Gibbs Houston Pauw |
|  | 1000 Second Avenue, Suite 1600 |
|  | Seattle, WA  98104-1094 |
|  | Email  cstrawn@ghp-law.net |

|  |  |
|---|---|
| DATED | Marion J. Mittet |
|  | Assistant United States Attorney |
|  | 700 Stewart Street, Suite 5220 |
|  | Seattle, Washington 98101-1271 |
|  | Tel: (206) 553-7970 |
|  | Fax: (206) 553-4073 |
|  | E-mail: jamie.mittet@usdoj.gov |

**ORDER**

It is so ordered.

Dated this 31st day of October, 2005.

*[signature]*
Robert S. Lasnik
United States District Judge

Recommended for Entry
this  31st  day of  October , 2005

s/ Mary Alice Theiler
United State Magistrate Judge

STIPULATED AND ORDER
OF DISMISSAL - 2